## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

JEFFERY S. BOATWRIGHT,      )
                                  )
      Plaintiff,           )
                                  )
v.                              )    Case No. 4:16-cv-00294-KOB-HNJ
                                  )
MATHEW WADE, et al.,       )
                                  )
      Defendants.     )

## MEMORANDUM OPINION

The magistrate judge entered a report on March 13, 2017, recommending the court dismiss this action without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). (Doc. 12). No party has filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), the court finds that this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Order.

DONE and ORDERED this 31st day of August, 2017.


_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE